# Court of Appeals
# of the State of Georgia

ATLANTA,  June 06, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0510.  BOLSTON v. THE STATE.**

We granted Keandre Bolston's application for discretionary review of a trial court order adjudicating guilt and imposing sentences for several offenses following the revocation of his first offender status.

After reviewing the record in its entirety, we find no error in the trial court's decision. Thus, the application for discretionary appeal was improvidently granted. Accordingly, Bolston's appeal is dismissed. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843, 844 (397 SE2d 632) (1990) (dismissing discretionary appeal as improvidently granted where full consideration of the record revealed no error in lower court's ruling).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *06/06/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*